[No. 22862-9-II.    Division Two.    March 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. PATRICK D. CEGLOWSKI, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 97-1-00988-7, Randolph Furman, J., entered January 15, 1998. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Hunt, JJ.

[No. 23543-9-II.    Division Two.    March 19, 1999.]

KARIM D. ABOUBAKR, ET AL., *Petitioners*, v. METROPOLITAN PARK DISTRICT OF TACOMA, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-2-05099-4, Sergio Armijo, J., entered November 10, 1997. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Hunt, JJ.

[No. 23719-9-II.    Division Two.    March 19, 1999.]

*In the Matter of the Testamentary Trusts of* BAROVIC.

DONALD M. BAROVIC, *Appellant*, v. TANYA PEMBERTON, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-4-01492-8, Arthur W. Verharen, J., entered September 24, 1997. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, A.C.J., and Morgan, J.

[No. 40145-9-I.    Division One.    March 22, 1999.]

*In the Matter of the Personal Restraint of* KEITH L. CLOSSON, *Petitioner.*

Petition for relief from personal restraint. *Dismissed* by unpublished opinion per Appelwick, J., concurred in by Cox and Ellington, JJ.